IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| HARRY E. DUNCAN, | ) |
| Petitioner, | ) |
| v. | ) No. 2:26-cv-02100-SHL-cgc |
| WARDEN HARRISON, | ) |
| Respondent. | ) |

**ORDER DIRECTING CLERK TO SERVE 28 U.S.C. § 2241 PETITION
AND DIRECTING RESPONDENT TO RESPOND TO PETITION**

On February 3, 2026, Petitioner Harry E. Duncan, an inmate at the Federal Correctional Institution in Memphis, Tennessee, Bureau of Prisons register number 32622-510, filed a *pro se* petition under 28 U.S.C. § 2241 (the "§ 2241 Petition"). (ECF No. 2.)

It is **ORDERED** that the Clerk shall serve a copy of the § 2241 Petition and this Order on Respondent Warden Harrison by certified mail and shall provide a copy of the § 2241 Petition and this Order to the United States Attorney for the Western District of Tennessee. Pursuant to Federal Rule of Civil Procedure 4(i), the Clerk shall also send copies of the § 2241 Petition and this Order by certified mail to U.S. Attorney General Pamela Bondi and William K. Marshall III, Director of the Federal Bureau of Prisons.

It is **ORDERED** that Harrison shall file a response to the § 2241 Petition within 28 days. Duncan may, if he chooses, submit a reply to Harrison's Answer or response within 28 days of service.

**IT IS SO ORDERED** this 5th day of February, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE